# United States District Court
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT

2008 OCT -6 A 9 36

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | JUDGMENT IN A CRIMINAL CASE<br>(For Revocation of Probation or Supervised Release) |
| Anthony Mikko Richardson | Case Number: CR105-00030-001<br>USM Number: 12253-021<br>D. Wright McLeod<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of _mandatory and standard_ conditions term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 12, 2008 |

See page 2 for additional violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No: XXX-XX-4542

Defendant's Date of Birth: October 1, 1981

October 1, 2008
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
In federal custody

Defendant's Mailing Address:
In federal custody

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

Oct. 3, 2008
Date

DEFENDANT: Anthony Mikko Richardson
CASE NUMBER: CR105-00030-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to adhere to a payment schedule established at the time of release from imprisonment for the payment of a fine or restitution obligation that remained unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set by the Court (mandatory condition). | August 2008 |
| 3 | The defendant left the judicial district without the permission of the Court or the probation officer (standard condition). | July 23, 2008 |
| 4 | The defendant failed to submit truthful and complete written reports within the first five days of each month (standard condition). | August 2008 |
| 5 | The defendant failed to follow the instructions of the probation officer (standard condition). | July 14, 2008 |

DEFENDANT: Anthony Mikko Richardson
CASE NUMBER: CR105-00030-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>24 months</u>.

[X] The Court makes the following recommendations to the Bureau of Prisons: That the defendant be designated to a Bureau of Prisons facility that offers drug and alcohol counseling and/or treatment.

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy United States Marshal